UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD BRENT THOMAS, | NO. CV 14-4929-SVW(E) |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| B. DUFFY, Warden, | |
| Respondent. | |

On June 25, 2014, Petitioner filed a "Petition for Writ of Habeas Corpus By a Person in State Custody" ("the present Petition"). The present Petition challenges a criminal judgment in Pasadena Superior Court case No. GA032098. Petitioner previously challenged this same judgment in a prior habeas corpus action filed in this Court in 2000. See Thomas v. Castro, CV 00-10989-LGB(E) ("the prior habeas action"). On August 8, 2001, this Court entered judgment in the prior habeas action, denying and dismissing the prior petition with prejudice.

///

///

The Court must dismiss the present Petition in accordance with 28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and Effective Death Penalty Act of 1996"). Section 2244(b) requires that a petitioner seeking to file a "second or successive" habeas petition first obtain authorization from the court of appeals. See Burton v. Stewart, 549 U.S. 147, 157 (2007) (where petitioner did not receive authorization from court of appeals before filing second or successive petition, "the District Court was without jurisdiction to entertain [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir. 2000) ("the prior-appellate-review mechanism set forth in § 2244(b) requires the permission of the court of appeals before 'a second or successive habeas application under § 2254' may be commenced"). A petition need not be repetitive to be "second or successive," within the meaning of 28 U.S.C. section 2244(b). See, e.g., Thompson v. Calderon, 151 F.3d 918, 920-21 (9th Cir.), cert. denied, 524 U.S. 965 (1998); Calbert v. Marshall, 2008 WL 649798, at *2-4 (C.D. Cal. Mar. 6, 2008). Petitioner evidently has not yet obtained authorization from the Ninth Circuit Court of Appeals. Consequently, this Court cannot entertain the present Petition. See Burton v. Stewart, 549 U.S. at 157.[1]

///
///
///
///

---

[1] This Court rebuffed two previous attempts by Petitioner to bring a "second or successive" habeas petition challenging the judgment in Pasadena Superior Court case No. GA032098. See Thomas v. Yates, CV 07-3073-SVW(E); Thomas v. Yates, CV 11-7643-SVW (E).

2

1  For all of the foregoing reasons, the Petition is denied and
2  dismissed without prejudice.

4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: _____July 2_____, 2014.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

PRESENTED this /s/ day of
July, 2014, by:

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE