UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLIFFORD BRENT THOMAS, | ) | NO. CV 14-4929-SVW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| B. DUFFY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _____July 2_____, 2014.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE